# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. |
| ) | |
| **BETTY JO COOLEY** ) | |

## INFORMATION

The United States Attorney charges that:

## INTRODUCTION

At all times relevant to this Information:

1. Defendant **BETTY JO COOLEY** served as a correctional officer with the Walker County Sheriff's Department at the Walker County Jail in Jasper, Alabama, within the Northern District of Alabama.

2. As a correctional officer, defendant **BETTY JO COOLEY** was responsible for the custody, control, care, and safety of inmates and pre-trial detainees at the Walker County Jail.

3. On or about September 26, 2022, defendant **BETTY JO COOLEY** was on duty in her official capacity at the Walker County Jail.

4. Individual #1 was a 31-year-old pre-trial detainee incarcerated at the Walker County Jail on or about September 26, 2022.

## COUNT ONE 18 U.S.C. § 1519
### (Falsification of Records)

5. On or about September 26, 2022, in Walker County, within the Northern District of Alabama, the defendant,

**BETTY JO COOLEY**

acting in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly falsified and made a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, the defendant, while working as a correctional officer, knowingly adopted a false report as her own and as an official record of her actions —in which she, among other things, omitted the fact that a fellow correctional officer used more force than was reasonably necessary against Individual #1, a pre-trial detainee

housed in the Walker County Jail, in an effort to cover up the unlawful assault and her role in instigating its occurrence.

All in violation of Title 18, United States Code, Section 1519.

**PRIM F. ESCALONA**
United States Attorney


*/s/ Electronic Signature*
**MICHAEL A. ROYSTER**
Assistant United States Attorney